IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| RAHEIM HOWELL, | ) | |
|---|---|---|
| Petitioner, | ) | Civil Action No. 17-112 Erie |
| | ) | |
| v. | ) | Judge Mark R. Hornak |
| | ) | Magistrate Judge Susan Paradise Baxter |
| RAFAEL ZUNIGA, | ) | |
| Respondent. | ) | |

## OPINION

Raheim Howell (the "Petitioner") filed with the Court a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 4). He contended that the Federal Bureau of Prisons erred in computing his sentence. This case was referred to Magistrate Judge Susan Paradise Baxter in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for Magistrate Judges.

On June 27, 2018, Magistrate Judge Baxter issued a Report and Recommendation (ECF No. 15) in which she recommended that the Petition be dismissed as moot because the Petitioner completed his term of imprisonment on May 21, 2018. The Report and Recommendation was mailed to the Petitioner at his address of record and in it he was notified that he had fourteen days to file Objections to it.

The Petitioner's Objections were due by July 16, 2018. He did not file any. Accordingly, after *de novo* review of the Petition and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of July, 2018, IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED as moot and the Report and Recommendation (ECF No. 15) is adopted as the opinion of the Court.

1

The Clerk is directed to mark this case CLOSED.

_____
Mark R. Hornak
United States District Judge

cc: The Honorable Susan Paradise Baxter
United States Magistrate Judge

Raheim Howell
Renewal Inc.
P.O. Box 295
Pittsburgh, PA 15230

Counsel of record via CM-ECF